# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **TRISURA SPECIALTY INSURANCE COMPANY,** § § § | |
| Plaintiff, § § | |
| v. § | **CAUSE NO. EP-23-CV-400-KC** |
| § § | |
| **7 LOGISTICS INC., LLC; ELSA DENISE ENCINAS; I E GOZO LOZOYA; and ERNESTO LUJAN PARRA,** § § § § § | |
| Defendants. § § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal Without Prejudice ("Notice"), ECF No. 10. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Notice, the Court **ORDERS** that all claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 13th day of December, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE